No. 757. WELCH ET AL. *v.* LEAVEY, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, U. S. DEPARTMENT OF LABOR, ET AL. C. A. 5th Cir. Certiorari denied. *W. Jiles Roberts* for petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *Morton Hollander* for Leavey, and *E. D. Vickery* for Atlantic & Gulf Stevedores, Inc., et al., respondents. ▮

No. 758. JOHN LANGENBACHER Co., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Algernon M. Miller* for petitioner. *Solicitor General Griswold* and *Arnold Ordman* for respondent. ▮

No. 759. INTERTYPE Co., A DIVISION OF HARRIS-INTERTYPE CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Kenneth C. McGuiness* and *Flournoy L. Largent, Jr.,* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent. ▮

No. 761. BEATY ET AL. *v.* M. S. STEEL Co., INC. C. A. 4th Cir. Certiorari denied. *Eugene A. Alexander III* for petitioners. *Patrick A. O'Doherty* and *Hamilton O'Dunne* for respondent. ▮

No. 760. HESSION ET UX. *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *W. Bradley Ward* and *Samuel D. Slade* for petitioners. *William C. Sennett,* Attorney General of Pennsylvania, and *Robert W. Cunliffe,* Assistant Attorney General, for respondent. ▮